DELP v. DELP

No. 293 PC.

Case below: 53 N.C. App. 72.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 October 1981.

FIKE v. BD. OF TRUSTEES

No. 306 PC.

Case below: 53 N.C. App. 78.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 October 1981.

GAYMON v. BARBEE

No. 261 PC.

Case below: 52 N.C. App. 627.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 October 1981.

HEATER v. HEATER

No. 304 PC.

Case below: 53 N.C. App. 101.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 October 1981.

HUFF v. TRENT ACADEMY

No. 327 PC.

Case below: 53 N.C. App. 113.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 October 1981.